UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAKE ANTHONY ENGLISH, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. H-18-1585 |
| ARAMARK CORPORATION and ARAMARK CORRECTIONAL SERVICES, L.L.C., | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order of even date, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk's Office will provide a copy of this order to the parties.

SIGNED at Houston, Texas on May 20, 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE